UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUD ROSSMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MICHAEL HARVEY,<br><br>　　　　Defendant. | Case No. 17-cv-05633-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On October 16, 2017, Magistrate Judge Maria-Elena James granted defendant's application to proceed *in forma pauperis* and issued a Report and Recommendation. Dkt. No. 6. Judge James recommended that the action be dismissed without leave to amend because the Complaint fails to state a claim upon which relief can be granted and because amendment cannot cure its defects.

Objections to Judge James's recommendation were due by October 30, 2017. Federal Rule of Civil Procedure 72(b); Civ. Local Rule 72-3. As of today's date, no objections have been filed.

Having reviewed the Report and Recommendation, as well as the record in this case, I ADOPT Judge James's Report and Recommendation in full. This case is DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Dated: January 30, 2018

William H. Orrick
United States District Judge